IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| TONYA KIM BLACKBURN,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES; MOAB FAMILY MEDICINE; EVE MAHER-YOUNG, PA-C; and DOE INDIVIDUALS 1 through 10,<br><br>  Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING [210] REPORT AND RECOMMENDATION TO DENY [159] MOTION FOR LEAVE TO AMEND TO JOIN TRANSFEREES AND SHAREHOLDERS OF DEFENDANT MOAB FAMILY MEDICINE**<br><br>Case No. 2:18-cv-00116-DBB-DAO<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

The Report and Recommendation[1] issued by United States Magistrate Judge Daphne A. Oberg on July 14, 2020 recommends[2] that this court DENY the Motion for Leave to Amend to Join Transferees and Shareholders of Defendant Moab Family Medicine[3] and to DENY the request by Defendant Moab Family Medicine for attorney's fees.[4]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[5] No party filed a written objection to the Report and Recommendation as provided by

---

[1] Report and Recommendation to Deny Motion for Leave to Amend to Join Transferees and Shareholders of Defendant Moab Family Medicine, ECF No. 210, filed July 14, 2020.

[2] *Id.* at 30.

[3] Motion for Leave to Amend to Join Transferees and Shareholders of Defendant Moab Family Medicine, a Now Dissolved Corporation, ECF No. 159, filed February 10, 2020.

[4] Defendants Moab Family Medicine and Eve Mahler-Young, PA-C's Opposition to Plaintiff's Motion for Leave to Amend to Join Transferees and Shareholders of Defendant Moab Family Medicine, A Now Dissolved Corporation at 18, ECF No. 166, filed February 24, 2020.

[5] Report and Recommendation at 30.

court rules. The court has reviewed the Report and Recommendation and determined that the analysis and conclusions are sound. Therefore, the analysis and conclusion of the Magistrate Judge are accepted, and the Report and Recommendation is adopted in its entirety.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[6] is ADOPTED and the Motion for Leave to Amend to Join Transferees and Shareholders of Defendant Moab Family Medicine[7] is DENIED. IT IS FURTHER ORDERED that the request by Defendant Moab Family Medicine for attorney's fees[8] is also DENIED.

Signed September 14, 2020

BY THE COURT

_____
David Barlow
United States District Judge

---

[6] Report and Recommendation to Deny Motion for Leave to Amend to Join Transferees and Shareholders of Defendant Moab Family Medicine, ECF No. 210, filed July 14, 2020.

[7] Motion for Leave to Amend to Join Transferees and Shareholders of Defendant Moab Family Medicine, a Now Dissolved Corporation, ECF No. 159, filed February 10, 2020.

[8] Defendants Moab Family Medicine and Eve Mahler-Young, PA-C's Opposition to Plaintiff's Motion for Leave to Amend to Join Transferees and Shareholders of Defendant Moab Family Medicine, A Now Dissolved Corporation at 18, ECF No. 166, filed February 24, 2020.